IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANTHONY PANZICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 3:11-01101 |
| | ) JUDGE HAYNES |
| CORRECTIONS CORPORATION OF | ) |
| AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

## O R D E R

Before the Court is the Defendants' motion to transfer venue (Docket Entry No. 10), contending that Plaintiff's claim arose at the Hardeman County Correctional Facility ("HCCF"), in Whiteville, Tennessee. Hardeman County is located in the Eastern Division of the United States District Court for the Western District of Tennessee. See 28 U.S.C. § 123(c)(1).

Here, the Defendant Corrections Corporation of America has its corporate headquarters in this District. Yet, for the remaining defendants, this action could have been brought in the United States District Court for the Western District of Tennessee, Eastern Division.

Even if venue in this District is proper "for the convenience of the parties and witnesses, in the interest of justice" a district court may transfer the case to another district where it could have been brought. See 28 U.S.C. § 1404(a). For such transfers a district court should consider: (1) the location of willing and unwilling witnesses; (2) the residences of the parties; (3) the location of sources of proof; (4) the location where the events giving rise to the lawsuit occurred: and (5) the plaintiff's choice of forum. See Sovik v. Ducks Unlimited, Inc., 2011 U.S. Dist. LEXIS 40951, *17 (M.D. Tenn. Apr. 13, 2011).

Although Defendant Corrections Corporation of America's corporate headquarters are in the Middle District, the majority of any individuals with knowledge regarding Plaintiff's allegations are at HCCF that is in the Western District, Eastern Division. None of the alleged acts of the named Defendants occurred in this District.

Pursuant to 28 U.S.C. § 1391(b)(1) and (2), the Court concludes that the Defendants' motion to transfer (Docket Entry No. 10) is **GRANTED** and this action is **TRANSFERRED** to the United States District Court for the Western District of Tennessee, Eastern Division.

It is so **ORDERED**.

**ENTERED** this the 27th day of January, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge